# United States Court of Appeals for the Fifth Circuit

_____

No. 24-30174
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ladarrell C. Washington,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:23-CR-82-2

_____

Before Barksdale, Haynes, and Wilson, *Circuit Judges.*

Per Curiam:*

Ladarrell Washington pleaded guilty to possession of a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1). He contends (as he did in his denied, pre-plea motion to dismiss) that § 922(g)(1) facially violates the Second Amendment in the light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022). This challenge, however, is foreclosed by our

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30174

court's very recent decision in *United States v. Diaz*, 116 F.4th 458, 471–72 (5th Cir. 2024), holding § 922(g)(1) is facially constitutional under *Bruen*. *E.g.*, *United States v. Medina-Cantu*, 113 F.4th 537, 539 (5th Cir. 2024) (rule of orderliness prohibits panel of our court from "overturn[ing] another panel's decision, absent an intervening change in the law") (citation omitted).

AFFIRMED.